UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) CASE NO. 25-10805 |
| DEE SHANNON OFFEH | ) |
| | ) |
| | ) |
| Debtor(s) | ) Chapter 13 |
| | ) |

## AFFIDAVIT OF SERVICE

The undersigned certifies that service of the Notice to Creditors and Proposed Plan was made on November 19th, 2025, by:

(X) Mail Service:  Regular, First Class United States Mail, postage fully pre-paid, addressed to:

>Truliant
>Attn:  Officer
>3200 Truliant Way
>Winston Salem, NC 27103-5778

( ) Certified Mail Service on an Insured Depository Institution:  By sending Notice to Creditors and Proposed Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of delivery will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

This 19th day of November, 2025

>/S/ Ron A Anderson
>Ron A Anderson
>Attorney for Debtor
>Post Office Box 14639
>Archdale, North Carolina 27263
>Telephone: (336) 431-7336